**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.                                             Case No: 5:16-cv-220-Oc-30PRL

6.399 ACRES OF LAND IN SUMTER
COUNTY FLORIDA, BARBARA H.
LOGAN, JAMES P. LOGAN and
UNKNOWN OWNERS,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal Without Prejudice (Doc. 41). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.  This cause is dismissed without prejudice.

2.  All pending motions are denied as moot.

3.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of January, 2017.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record